## STATE OF CONNECTICUT *v.* FRED J. YANKOCY

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Louis L. Bucciarelli,* in support of the petition.

Submitted July 27—decided July 27, 1962

## STATE OF CONNECTICUT *v.* MARIA PROTOPAPAS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Richard M. Cosgrove,* in support of the petition.

*Edward J. Pasiecznik,* in opposition.

Submitted July 24—decided September 27, 1962

## STATE OF CONNECTICUT *v.* MAX FENSTER

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*C. Robert Satti,* in support of the petition.

Submitted September 27—decided September 27, 1962